IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICIA A. BREWER,

    Plaintiff,

vs.                                NO. 04-2664-Ma/P

SYNOVUS FINANCIAL CORPORATION,
d/b/a TRUST ONE BANK,

    Defendant.

## ORDER GRANTING LEAVE TO FILE REPLY

Before the court is defendant's motion, filed April 18, 2005, requesting leave to file a reply in connection with the motion to dismiss. For good cause shown, defendant's motion is granted.

IT IS SO ORDERED this 19th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT