IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 3:58

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PATRICE A. BREWER, | ) |
| Plaintiff | ) |
| v. | ) Civil No. 04-2664 Ma/P |
| SYNOVUS FINANCIAL CORPORATION d/b/a TRUST ONE BANK, OSCAR MARIE MILLER and WANDA LYNN LOCKHART, | ) |
| Defendants. | ) |

### ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint, filed May 27, 2005 (dkt #43).  Plaintiff has indicated that defendants do not oppose the amendment.  Pursuant to Federal Rule of Civil Procedure 15(a), the motion is therefore GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 1, 2005
Date

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Honorable Samuel Mays
US DISTRICT COURT