IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICE A. BREWER,

    Plaintiff,

VS.                          NO. 04-2664-MaP

SYNOVUS TRUST COMPANY N.A.,

    Defendant.

---

ORDER DENYING MOTION AS MOOT

---

    Before the court is the November 4, 2004, motion (D.E. #13) by plaintiff for an order directing the clerk of court to enter default and for reconsideration of the order denying default judgment. The motion for default was again denied on December 20, 2005 (D.E. #30). The motion is moot and is, therefore, denied.

    It is so ORDERED this 25th day of August, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Honorable Samuel Mays
US DISTRICT COURT