IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICE A. BREWER,

    Plaintiff,

VS.                              NO. 04-2664-MaP

SYNOVUS TRUST CO., N.A.,

    Defendant.

## ORDER TO SHOW CAUSE

On August 31, 2005, the court entered an order which, among other things, ordered the plaintiff to file an amended complaint within eleven (11) days of the date of the order. To date, plaintiff has not filed the amended complaint.

Plaintiff is hereby ORDERED to show cause, within fifteen (15) days of the entry of this order, why this matter should not be dismissed for failure to comply with the orders of this court.

It is so ORDERED this 23rd day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT