IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -4  AM 10: 49

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

PATRICE A. BREWER,

    Plaintiff,

VS.

NO. 04-2664-MaP

SYNOVUS TRUST CO., N.A.,

    Defendant.

## ORDER DISMISSING CASE

On August 31, 2005, the court entered an order directing plaintiff to file an amended complaint within eleven days. Plaintiff Patrice Brewer did not file an amended complaint and the time for filing same has passed. Plaintiff was ordered by the court on September 23, 2005, to show cause within eleven days why plaintiff's case should not be dismissed for her failure to comply with the orders of the court. Plaintiff has not responded to the show cause order. This case is therefore DISMISSED.

    It is so ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Honorable Samuel Mays
US DISTRICT COURT