UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICE A. BREWER,

    Plaintiff,

v.                                                 Cv. No. 04-2664-Ma

SYNOVUS TRUST, CO., N.A.,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case, docketed November 8, 2005.

APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

November 17, 2005
DATE

THOMAS M. GOULD
CLERK

_/s/ Judy Easley_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-18-05

(50)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02664 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Clifford D. Pierce
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jon W. Smith
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Patrice A. Brewer
4700 N. Josey Ln.
Apt. #3118
Carrollton, TX 75010

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
310 Mid-Continent Plaza
West Memphis, AR 72301

Honorable Samuel Mays
US DISTRICT COURT